RECEIVED AND FILED

MAY 21 2014

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

FILED

MAY 20 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: FIDEL H. PAJARILLO, <br><br> Debtor, <br><br>――――――――――――――― <br><br> FIDEL H. PAJARILLO, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC; et al., <br><br> Defendants - Appellees. | No. 14-15977 <br><br> D.C. No. 2:13-cv-01935-RCJ <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

The court's records reflect that the notice of appeal was filed during the pendency of a timely filed motion listed in Federal Rule of Appellate Procedure 4(a)(4). The notice of appeal is therefore ineffective until entry of the order disposing of the last such motion outstanding. *See* Fed. R. App. P. 4(a)(4). Accordingly, proceedings in this court shall be held in abeyance pending the district court's resolution of the pending April 28, 2014 motion. *See Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

JW/Pro Se

Within 5 days after the district court's ruling on the pending motion, appellant shall notify this court in writing of the ruling and shall advise whether appellant intends to prosecute this appeal.

To appeal the district court's ruling on the post-judgment motion, appellant must file an amended notice of appeal within the time prescribed by Federal Rule of Appellate Procedure 4.

The Clerk shall serve this order on the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By:
Joseph Williams
Deputy Clerk
Local Rule 27-7

JW/Pro Se